UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 22, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

CHRISTOPHER KINNEY,

Defendant.

Case No. 2:24-CR-00037-01-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTOPHER KINNEY, Case No. 2:24-CR-00037-01-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   _____   Unsecured Appearance Bond $ _____

   _____   Appearance Bond with 10% Deposit

   _____   Appearance Bond with Surety

   _____   Corporate Surety Bail Bond

   __X__   (Other):  TIME SERVED and to be released forthwith.

Issued at Sacramento, California on August 22, 2024.

By: _____
District Judge Troy L. Nunley